SO. CAL. EQUAL ACCESS GROUP
Jason Yoon (SBN 306137)
Jason J. Kim (SBN 190246)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
YOUNG KWON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG KWON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GILBERTO RODRIGUEZ D/B/A EL INDIO RESTAURAN; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:19-cv-05884 AB (JPRx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff YOUNG KWON ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

　　(1)　*Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

    (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: November 13, 2019    **SO. CAL EQUAL ACCESS GROUP**

        */s/ Jason J. Kim*
        Jason J. Kim
        Attorney for Plaintiff